IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD A. KING and DUSTIN INMAN SOCIETY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:22-CV-207-WKW ) |
| SOUTHERN POVERTY LAW CENTER, INC., | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is Defendant's Motion to Dismiss Complaint Pursuant to Rule 12(b)(6). (Doc. # 10.) The motion has been fully briefed. (Docs. # 18, 19.) Based upon careful consideration of the arguments, the relevant parts of the record, and the law, it is ORDERED that the motion is DENIED. A memorandum opinion will be entered at a later date.

DONE this 31st day of March, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE