# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| DONALD A. KING and THE DUSTIN INMAN SOCIETY, INC., ) ) ) | CIVIL ACTION NO.: |
| Plaintiffs, ) | |
| ) | 2:22-cv-207-WKW |
| v. ) ) | |
| THE SOUTHERN POVERTY LAW ) CENTER, INC., ) ) | |
| Defendant. ) | |

### JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the Plaintiffs, Donald A. King and The Dustin Inman Society, Inc. and Defendant, The Southern Poverty Law Center, Inc., by and through undersigned counsel, and hereby respectfully request the Court amend its Uniform Scheduling Order entered on May 24, 2022 (Doc 25), and grant the Parties an additional fourteen (14) days to serve their initial disclosures under Fed. R. Civ. P. 26(a)(1), giving them up to and including Friday, July 7, 2023.

The Parties state the following, as grounds for this Joint Motion:

1. Section 12 of the Court's Scheduling Order adopts and incorporates by reference the Report of the Parties' Planning Meeting (Doc 24). Paragraph 2 of the Report of the Parties' Planning Meeting provides that the Parties will serve their initial disclosures under Fed. R. Civ. P. 26(a)(1)

1

"within (30) days after entry of the Scheduling Order," making that deadline today, June 23, 2023. The Court's Scheduling Order also states that "[t]hese deadlines and responsibilities may not be changed without leave of Court." (Doc 25).

2. Due to prior commitments to clients and other unforeseen circumstances, the Parties request that the Court grant them an additional fourteen (14) days to serve their respective initial disclosures under Fed. R. Civ. P. 26(a)(1).

3. No prejudice will result to any party should the Court grant the relief requested herein.

WHEREFORE, the premises considered, the Parties' counsel requests the Court grant this Joint Motion to amend the Court's Scheduling Order by granting the Parties up to and including July 7, 2023, to serve their respective initial disclosures under Fed. R. Civ. P. 26(a)(1).

FOR THE PLAINTIFFS:

*/s/ James R. McKoon, Jr.*
James R. McKoon, Jr.
(ASB-3005-078J)
MCKOON & GAMBLE
Post Office Box 3220
Phenix City, AL 36868
(334) 297-2300
jrmckoon@aol.com
*Attorney for Plaintiffs*

2

FOR THE DEFENDANT:

*/s/ Robert D. Segall*_____
Shannon L. Holliday [ASB-5440-Y77S]
Robert D. Segall [ASB-7354-E68R]
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Facsimile: 334-834-3172
Email: holliday@copelandfranco.com
Email: segall@copelandfranco.com

Chad R. Bowman (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: 202-661-2200
Facsimile: 202-661-2299
Email: bowmanchad@ballardspahr.com
Email: mishkinm@ballardspahr.com