**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

**To:**   All Counsel of Record

**Re:**   King et al v. The Southern Poverty Law Center, Inc.

**Case No.**   2:22-cv-00207-WKW-JTA

The above-styled case has been reassigned to Judge Corey L. Maze, as presiding judge.

Please note that the case number is 2:22-cv-00207-CLM-JTA. The new case number should be used on all future correspondence and pleadings.