IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD A. KING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:22-cv-207-CLM-JTA |
| | ) | |
| THE SOUTHERN POVERTY LAW CENTER, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Non-Party Center for Immigration Studies' Motion for a Protective Order and to Quash. (Doc. No. 53.) Upon consideration of the motion, and for good cause, it is

ORDERED that on or before **April 3, 2024,** defendant shall show cause in writing as to why the motion should not be granted.   The movant shall file a reply on or before **April 10, 2024.**

The Clerk of the Court is directed to provide a copy of this Order to counsel for the movant, Center for Immigration Studies.

 DONE this 20th day of March, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE