UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DONALD A. KING and<br>THE DUSTIN INMAN SOCIETY, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUTHERN POVERTLY LAW CENTER, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-207 |

**MOTION OF ATTORNEY JOSEPH SCOTT ST. JOHN
TO APPEAR PRO HAC VICE FOR
NON-PARTY CENTER FOR IMMIGRATION STUDIES**

COMES NOW Joseph Scott St. John, counsel for non-party Center for Immigration Studies ("CIS"), who moves pursuant to Local Rule 83.1(b)(1) for admission *pro hac vice* to practice as counsel for CIS in the above-referenced action.

1. Movant Joseph Scott St. John resides and practices within the geographical boundaries of the United States District Court of Eastern District of Louisiana.

2. Attached as Exhibit A is a Certificate of Good Standing for the United States District Court of Eastern District of Louisiana.

3. This Motion is sponsored by Bryan Taylor of Bachus, Brom & Taylor LLC. Mr. Taylor is a resident of the state of Alabama and is admitted to practice law in the

1

United States District Court for the Middle District of Alabama. Mr. Taylor's address, telephone number and bar number are as follows:

Bryan Taylor (ASB 0390-Y81T)
BACHUS, BROM & TAYLOR LLC
3125 Blue Lake Drive, Ste. 101
Birmingham, AL 35243
Tel: (205) 539-0238
btaylor@bachusbrom.com

WHEREFORE, Movant Joseph Scott St. John respectfully requests that this Motion be granted and that he be permitted to practice as counsel for non-party CIS in the above-referenced action. A proposed order is attached.

Dated March 25, 2024              Respectfully submitted

/s/ Joseph Scott St. John
Joseph S. St. John (LSB 36682)
ST. JOHN LLC
1701 Jefferson Avenue
New Orleans, LA 70115
Tel: (410) 212-3475
scott@stjohnlaw.com

/s/ Bryan Taylor
Bryan Taylor (ASB 0390-Y81T)
BACHUS, BROM & TAYLOR LLC
3125 Blue Lake Drive, Ste. 101
Birmingham, AL 35243
Tel: (205) 539-0238
btaylor@bachusbrom.com

*Counsel for Non-Party
Center for Immigration Studies*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 25th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

James R. McKoon, Jr.
McKoon & Gamble
P.O. Box 3220
Phenix City, AL 36868
Email: jrmckoon@aol.com

Todd V. McMurtry
Scott R. Thomas
Hemmer Wessels McMurtry PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017
Email: tmcmurtry@hemmerlaw.com
Email: sthomas@hemmerlaw.com

Mathew D. Staver
Horatio G. Mihet
Daniel J. Schmid
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
Email: court@LC.org
Email: hmihet@LC.org
Email: dschmid@LC.org

Chad R. Bowman
Maxwell S. Mishkin
Lauren Patricia Russell
Ballard Spahr LLP
1909 K Street, NW 12th Floor
Washington, DC 20006-1157:
Email: Bowmanchad@ballardspahr.com
Email:Russelll@ballardspahr.com
Email:Mishkinm@ballardspahr.com

Shannon Lynn Holliday
Robert David Segall
Copeland Franco Screws & Gill
Po Box 347
Montgomery, AL 36101-0347
Email:Segall@copelandfranco.com
Email:Holliday@copelandfranco.com

Bryan Taylor
Bachus, Brom & Taylor LLC
3125 Blue Lake Drive, Ste. 101
Birmingham, AL 35243
Email: btaylor@bachusbrom.com

/s/ Joseph S. St. John
*Counsel for Non-Party*
*Center for Immigration Studies*
