IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD A. KING and THE DUSTIN INMAN SOCIETY, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:22-cv-207-CLM-JTA |
| THE SOUTHERN POVERTY LAW CENTER, INC., | ) ) ) ) |
| Defendant. | ) |

**DEFENDANT SOUTHERN POVERTY LAW CENTER, INC.'S
RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (DOC. 55)**

Defendant the Southern Poverty Law Center, Inc. ("SPLC"), respectfully submits this response to the Court's Order (Doc. 55) directing SPLC to show cause why the motion (Doc. 53) of non-party the Center for Immigration Studies ("CIS") for a protective order and to quash SPLC's discovery subpoena should not be granted. As SPLC's counsel informed CIS's counsel, the subpoena at issue has been withdrawn. A true and correct copy of that correspondence is attached hereto as Exhibit A. The Court should accordingly deny CIS's motion as moot. *See, e.g.*, *In re Aleph Inst.*, No. 06-cv-61788, 2007 WL 9700821, at *1 (S.D. Fla. July 3, 2007) (concluding that "motion for protective order is rendered 'moot' after the subpoena to which it is directed is withdrawn"); *Williams v. Gate Gourmet, Inc.*, No. 1:09-cv-

1557-MHS-SSC, 2010 WL 11602025, at *4 (N.D. Ga. Feb. 23, 2010) (same as to motion to quash).

Dated: March 29, 2024

Respectfully submitted,

/s/ *Robert D. Segall*
Robert D. Segall [ASB-7354-E68R]
Shannon L. Holliday [ASB-5440-Y77S]
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, AL  36101-0347
Telephone:  334-834-1180
Facsimile:  334-834-3172
Email:  segall@copelandfranco.com
Email:  holliday@copelandfranco.com

Chad R. Bowman (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
Lauren Russell (*pro hac vice*)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone:  202-661-2200
Facsimile:  202-661-2299
Email:  bowmanchad@ballardspahr.com
Email:  mishkinm@ballardspahr.com

**Attorneys for Defendant**
**The Southern Poverty Law Center, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

James R. McKoon, Jr.
McKoon & Gamble
P.O. Box 3220
Phenix City, AL  36868
Email:  jrmckoon@aol.com

Mathew D. Staver
Horatio G. Mihet
Daniel J. Schmid
Liberty Counsel
P.O. Box 540774
Orlando, FL  32854
Email:  court@LC.org
Email:  hmihet@LC.org
Email:  dschmid@LC.orga

Todd V. McMurtry
Scott R. Thomas
Hemmer Wessels McMurtry PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, KY  41017
Email:  tmcmurtry@hemmerlaw.com
Email:  sthomas@hemmerlaw.com

s/*Robert D. Segall*