IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD A. KING, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cv-207-CLM-JTA |
| | ) | |
| THE SOUTHERN POVERTY LAW CENTER, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

Upon consideration of the non-party's motion for protective order and to quash subpoena (Doc. No. 53), and the defendant's response thereto informing the court that the subpoena at issue was withdrawn (Doc. No. 57), it is ORDERED that the motion (Doc. No. 53) is DENIED as moot.

It is further ORDERED that on or before **April 24, 2024**, the defendant shall show cause in writing as to why the non-party's motion for attorney fees (Doc. No. 59) should not be granted. The non-party shall file a reply on or before **May 6, 2024.**

The Clerk of the Court is directed to provide a copy of this Order to counsel for non-party Center for Immigration Studies.

DONE this 17th day of April, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE