IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| **DONALD A. KING, et al.,**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**THE SOUTHERN POVERTY LAW CENTER, INC.,**<br><br>　　　　**Defendant.** | Case No. 2:22-cv-00207-CLM-JTA |

**MOTION FOR ADMISSION PRO HAC VICE**

**COMES NOW** undersigned counsel for Plaintiffs Donald A. King and The Dustin Inman Society (collectively "Plaintiffs") and pursuant to Local Rule 83.1(b)(1) moves this Court to consider this Motion for Admission Pro Hac Vice of J. Will Huber and to enter the proposed Order attached hereto granting J. Will Huber permission to practice as counsel for Plaintiffs in the above-referenced action.

1. Movant J. Will Huber works within the geographical boundaries of the United States District Court of Eastern District of Kentucky.

2. Attached as Exhibit A is a Certificate of Good Standing for the United States District Court of Eastern District of Kentucky.

3. This Motion is sponsored by James R. McKoon of the law firm McKoon & Gamble. Mr. McKoon is a resident of the state of Alabama and is

admitted to practice law in the United States District Court for the Middle District of Alabama. Mr. McKoon's address, telephone number and bar number are as follows:

>MCKOON & GAMBLE
>Phoenix City, AL 36868
>Phone: (334) 297-2300
>Alabama Bar No. ASB-3005-078J

WHEREFORE, Movant respectfully requests that this Motion be granted and that J. Will Huber be permitted to practice as counsel for Plaintiffs in the above-referenced action.

Respectfully submitted, this 20th day of May, 2024.

>**/s/ James R. McKoon, Jr.**
>James R. McKoon, Jr.
>(ASB-3005-078J)
>MCKOON & GAMBLE
>P.O. Box 3220
>Phoenix City, AL 36868
>(334) 297-2300
>jrmckoon@aol.com
>
>and
>
>**/s/ J. Will Huber**
>Todd V. McMurtry (Pro Hac Vice)
>Scott R. Thomas (Pro Hac Vice)
>J. Will Huber (PHC pending)
>HEMMER WESSELS MCMURTRY PLLC
>250 Grandview Drive, Suite 500
>Fort Mitchell, Kentucky 41017
>Phone: (859) 344-1188
>Fax: (859) 578-3869
>tmcmurtry@hemmerlaw.com

sthomas@hemmerlaw.com
whuber@hemmerlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of May, 2024, Plaintiffs filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Shannon L. Holliday [ASB-5440-Y77S]
Robert D. Segall [ASB-7354-E68R]
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Facsimile: 334-834-3172
Email: holliday@copelandfranco.com
Email: segall@copelandfranco.com

Chad R. Bowman (Pro Hac Vice)
Maxwell S. Mishkin (Pro Hac Vice)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 2006
Telephone: 202-661-2200
Facsimile: 202-661-2299
Email: bowmanchad@ballardspahr.com
Email: mishkinm@ballardspahr.com