# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| **DONALD A. KING, et al.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**THE SOUTHERN POVERTY LAW CENTER, INC.,**<br><br>    **Defendant.** | **Case No. 2:22-cv-207-CLM-JTA** |

## SUGGESTION OF DEATH

**COMES NOW** the Plaintiff, The Dustin Inman Society, Inc., through counsel and pursuant to Fed. R. Civ. P. 25(a), and notifies this Court and counsel that Plaintiff Donald A. King passed away on March 5, 2025. Undersigned counsel anticipates that Mr. King's widow will open an estate for her late husband and seek to substitute the estate for Mr. King in this action.

Respectfully submitted,

*/s/ Todd V. McMurtry*
Todd V. McMurtry (*admitted PHV*)
HEMMER WESSELS MCMURTRY PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
Phone: (859) 344-1188
Fax: (859) 578-3869
tmcmurtry@hemmerlaw.com

Horatio G. Mihet, Esq.
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Fax: (407) 875-0770
hmihet@lc.org

James R. McKoon, Jr., Esq.
(ASB-3005-078J)
MCKOON & GAMBLE
P.O. Box 3220
Phoenix City, AL 36868
(334) 297-2300
jrmckoon@aol.com

*Trial Attorneys for Plaintiffs,
Donald A. King and The Dustin Inman
Society, Inc.*

Dated: March 7, 2025.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing was accomplished upon the following via email and/or regular U.S. mail this 7th day of March, 2025:

Shannon L. Holliday [ASB-5440-Y77S]
Robert D. Segall [ASB-7354-E68R]
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Facsimile: 334-834-3172
Email: holliday@copelandfranco.com
Email: segall@copelandfranco.com

Chad R. Bowman (Pro Hac Vice)
Maxwell S. Mishkin (Pro Hac Vice)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 2006
Telephone: 202-661-2200
Facsimile: 202-661-2299
Email: bowmanchad@ballardspahr.com
Email: mishkinm@ballardspahr.com

*/s/ Todd V. McMurtry*
Todd V. McMurtry (*admitted PHV*)