# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DONALD A. KING and THE ) | |
| DUSTIN INMAN SOCIETY, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-207-CLM-JTA |
| ) | |
| THE SOUTHERN POVERTY ) | |
| LAW CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INADVERTENT ERROR IN DECLARATION

COMES NOW, Shannon Holliday, counsel for Defendant in the above-styled case and declarant in connection with the Southern Poverty Law Center, Inc.'s Motion to Dismiss (Doc. 10), and gives notice to the Court of a slight error in a declaration filed by Holliday in support of that motion (Doc. 10-1). Attached to the declaration were two copies of an article published by the Southern Poverty Law Center about the Dustin Inman Society captured at two different points in time. The declaration (Doc. 10-1) at Paragraph Two stated that the articles' contents were identical at these two points in time. However, the declarant learned very recently that there was one slight change between the two attachments in that a racial slur in the earlier version had been altered in the later version such that only the first letter of the slur appeared with the remaining letters being represented by dashes. The Motion to Dismiss was denied and is no longer pending. Attached hereto as **Exhibit 1** is the declaration in question and its exhibits with the change highlighted and the relevant wording of the declaration highlighted.

Dated: March 11, 2025

Respectfully submitted,

/s/ Shannon L. Holliday
Shannon L. Holliday [ASB-5440-Y77S]
Robert D. Segall [ASB-7354-E68R]
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, AL  36101-0347
Telephone:  334-834-1180
Facsimile:  334-834-3172
Email:  holliday@copelandfranco.com
Email: segall@copelandfranco.com

Chad R. Bowman (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
Lauren Russell (*pro hac vice*)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone:  202-661-2200
Facsimile:  202-661-2299
Email:  bowmanchad@ballardspahr.com
Email:  mishkinm@ballardspahr.com
Email:  russelll@ballardspahr.com

**Attorneys for Defendant
The Southern Poverty Law Center, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Shannon L. Holliday
Of counsel