IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD A. KING and THE DUSTIN INMAN SOCIETY, INC., ) ) ) Plaintiffs, ) ) v. ) ) THE SOUTHERN POVERTY LAW CENTER, INC., ) ) ) ) Defendant. ) | CIVIL ACTION NO.: 2:22-cv-00207-CLM-JTA |

**CONSENT MOTION FOR MODIFICATION OF INITIAL ORDER**

Comes now Defendant, The Southern Poverty Law Center, Inc., and moves the Court to modify the Court's Initial Order, ECF Dkt. 47, to allow the filing of summary judgment evidentiary materials to include only cited deposition exhibits, rather than "all exhibits to the deposition," *id.* at 15, to avoid burdening the Court with a substantial volume of uncited materials.

Specifically, Defendant intends to file a summary judgment motion on Monday, May 19, along with evidentiary materials pursuant to the Court's requirements. *Id.* In addition to the full text of cited deposition transcripts, attaching all exhibits – many of which are entire copies of publications, or a complete medical record – would encompass 165 exhibits amounting to 3,373 pages of documents. By

comparison, Defendant's summary judgment brief cites just 17 of the deposition exhibits, or fewer than 250 pages of documents.

Before submitting this voluminous record to the Court, therefore, Defendant respectfully seeks leave for a modification of the Initial Order for the limited purpose of permitting the submission of the narrower set of evidentiary materials upon which the summary judgment motion relies.

Counsel for the Plaintiffs has consented to this motion.

Respectfully submitted this 16th day of May, 2025.

                                        s/ Robert D. Segall
                                        Robert D. Segall [ASB-7354-E68R]
                                        Shannon L. Holliday [ASB-5440-Y77S]
                                        COPELAND, FRANCO, SCREWS & GILL, P.A.
                                        Post Office Box 347
                                        Montgomery, AL  36101-0347
                                        Telephone:  334-834-1180
                                        Facsimile:  334-834-3172
                                        Email:  segall@copelandfranco.com
                                        Email:  holliday@copelandfranco.com

                                        Chad R. Bowman (*pro hac vice*)
                                        Maxwell S. Mishkin (*pro hac vice*)
                                        Lauren P. Russell (*pro hac vice*)
                                        BALLARD SPAHR LLP
                                        1909 K Street NW, 12th Floor
                                        Washington, DC 20006
                                        Telephone:  202-661-2200
                                        Facsimile:  202-661-2299
                                        Email:  bowmanchad@ballardspahr.com

Email: mishkinm@ballardspahr.com
Email: russelll@ballardspahr.com

**Attorneys for Defendant**
**The Southern Poverty Law Center, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                           s/ Robert D. Segall
                           Of Counsel