# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| **DONALD A. KING, et al.,**  Plaintiffs,  v.  **THE SOUTHERN POVERTY LAW CENTER, INC.,**  Defendant. | Case No. 2:22-cv-207-CLM-JTA |

## MOTION TO SUBSTITUTE ESTATE FOR PLAINTIFF

COMES NOW, SUE LANIER KING, as Personal Representative of the Estate of Donald A. King, by and through the undersigned counsel, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, and hereby respectfully moves this Court to substitute the Estate of Donald A. King as the plaintiff in this action. In support of this Motion, the movant states as follows:

1. This action was commenced by Donald A. King on April 27, 2022, in the United States District Court for the Middle District of Alabama, Northern Division.

2. Donald A. King died on March 05, 2025, as evidenced by the death certificate attached hereto as **Exhibit A**.

3. Sue Lanier King has been duly appointed as the Personal Representative of the Estate of Donald A. King by the Probate Court of Cobb County, Georgia on May 22, 2025, as evidenced by the Letters Testamentary attached hereto as **Exhibit B**.

4. Pursuant to Federal Rule of Civil Procedure 25(a)(1), if a party dies and the claim is not extinguished, the court may order substitution of the proper party upon motion made by the decedent's successor or representative.

5. The claims asserted by Donald A. King in this action are not extinguished by death and survive for the benefit of the Estate.

6. This Motion is timely filed within 90 days of service of the statement noting death as required by Federal Rule of Civil Procedure 25(a)(1).

7. The substitution of the Estate as plaintiff will not affect this Court's jurisdiction, as the legal representative of an estate is deemed to be a citizen of the same state as the decedent for purposes of diversity jurisdiction.

8. State law regarding survival of claims applies in this federal action pursuant to 28 U.S.C. § 1652, and under applicable state law, the claims asserted by the deceased plaintiff survive for the benefit of the Estate.

**WHEREFORE**, Sue Lanier King, as Personal Representative of the Estate of Donald A. King, respectfully requests that this Court enter an Order:

1. Granting this Motion to Substitute;

2. Substituting the Estate of Donald A. King, by and through its Personal Representative, Sue Lanier King, as the plaintiff in this action; and

3. Granting such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        */s/ Todd V. McMurtry*
        Todd V. McMurtry (Pro Hac Vice)
        Scott R. Thomas (Pro Hac Vice)
        J. Will Huber (Pro Hac Vice)
        HEMMER WESSELS MCMURTRY PLLC
        250 Grandview Drive, Suite 500
        Fort Mitchell, Kentucky 41017
        Phone: (859) 344-1188
        Fax: (859) 578-3869
        tmcmurtry@hemmerlaw.com
        sthomas@hemmerlaw.com
        whuber@hemmerlaw.com

        Mathew D. Staver (admitted PHV)
        Horatio G. Mihet (admitted PHV)
        Daniel J. Schmid (admitted PHV)
        LIBERTY COUNSEL
        P.O. Box 540774
        Orlando, FL 32854
        Phone: (407) 875-1776
        court@LC.org
        hmihet@LC.org
        dschmid@LC.org

        James R. McKoon, Jr.
        (ASB-3005-078J)
        MCKOON & GAMBLE
        P.O. Box 3220
        Phoenix City, AL 36868
        Phone: (334) 297-2300
        jrmckoon@aol.com
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2025, I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accompanied by the CM/ECF system.

**/s/ Todd V. McMurtry**
Todd V. McMurtry (admitted PHV)
