# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| DONALD A. KING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE SOUTHERN POVERTY LAW CENTER, INC., <br><br> Defendant. | Case No. 2:22-cv-207-CLM-JTA |

## THE SOUTHERN POVERTY LAW CENTER'S RESPONSES AND OBJECTIONS TO PLAINTIFF DONALD A. KING'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendant the Southern Poverty Law Center, Inc. ("SPLC"), objects and responds to Plaintiff Donald A. King's Second Set of Interrogatories and Requests for Production of Documents (the "Requests") as follows:

### GENERAL OBJECTIONS

SPLC hereby adopts and incorporates by reference its General Objections and Objections and Clarifications Regarding Definitions, which were set forth in its Responses and Objections to Plaintiff Donald A. King's First Set of Interrogatories, and its Responses and Objections to Plaintiff Donald A. King's First Set of Requests for Production.

SPLC objects on grounds that the Requests, served on April 16, 2019, are untimely. The Second Amended Scheduling Order provides that "[a]ll discovery [shall be] complete (written discovery and depositions, including experts)" on or by April 17, 2025, and local rules provide that "discovery requests should be served more than thirty days prior to the cutoff date." *See* Dkt. 96; Guidelines for Discovery in M.D. Alabama, Part I.H., https://www.almd.uscourts.gov/sites/default/files/forms/Guidelines_to_Civil_Discovery_Feb92015.pdf. The Requests were not served more than thirty days before the discovery cutoff date, and SPLC is not obligated to respond.

## ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 25:** Identify any written changes, edits, additions or deletions made to any articles hyperlinked to the "Extremist Profile" created by the SPLC about the Dustin Inman Society between the date of publication of the profile and the date of answers to these interrogatories.

**ANSWER:** SPLC objects on grounds that this Interrogatory is untimely, as it was not served more than thirty days prior to the April 17, 2025 discovery cutoff date. SPLC further objects that this Interrogatory is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks information that is irrelevant to the challenged publications in this case, *i.e.*, (1) the DIS Hate Group Designation or

Redesignations, (2) DIS's inclusion in the Relevant Hate Maps, (3) DIS's inclusion in the Relevant Intelligence and Year in Hate Reports, or (4) the SPLC DIS Report (together, the "Challenged Publications").

SPLC objects to the phrase "any articles hyperlinked to the 'Extremist Profile'" as ambiguous and vague. SPLC presumes this means "any articles hyperlinked [within] the 'Extremist Profile.'"

SPLC objects to the Interrogatory to the extent "any articles hyperlinked to the 'Extremist Profile'" encompasses articles hyperlinked within the Extremist Profile that were published by anyone other than SPLC, including Plaintiffs.

Subject to and without waiving the foregoing objections, and because of counsel's representations during the March 12, 2025 deposition of SPLC's corporate representative, SPLC provides the following answer regarding the links identified in Topic 43 of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on SPLC:

1.   *Frequently asked questions about hate and antigovernment groups*, https://www.splcenter.org/20220216/frequently-asked-questions-about-hate-and-antigovernment-groups

According to SPLC's content management system records, the url was created on or around October 5, 2017. Since the Extremist Profile linking to this url was published in January 2019, this article has been updated at least once

3

annually. That url now redirects to the following url, where the article was migrated on January 15, 2025:

https://www.splcenter.org/resources/reports/frequently-asked-questions-about-hate-and-antigovernment-groups/.

    2.    *ANTI-IMMIGRANT*, https://www.splcenter.org/fighting-hate/extremist-files/ideology/anti-immigrant

According to SPLC's content management system records, the url was created on or around December 29, 2009. Since the Extremist Profile linking to this url was published in January 2019, this article has been updated at least once annually. That url now redirects to the following url, where the article was migrated on January 15, 2025:   https://www.splcenter.org/resources/extremist-files/anti-immigrant/

    3.    *WHITE NATIONALIST*, https://www.splcenter.org/fighting-hate/extremist-files/ideology/white-nationalist

According to SPLC's content management system records, the url was created on or around June 24, 2009. Since the Extremist Profile linking to this url was published in January 2019, this article has been updated at least once annually. That url now redirects to the following url, where the article was migrated on January 15, 2025:   https://www.splcenter.org/resources/extremist-files/white-nationalist/.

4.  *CENTER FOR IMMIGRATION STUDIES*, https://www.splcenter.org/fighting-hate/extremist-files/group/center-immigration-studies

According to SPLC's content management system records, the url was created on or around October 2, 2017.  Since the Extremist Profile linking to this url was published in January 2019, this article was updated at least one time in 2022.  That url now redirects to the following url, where the article was migrated on January 15, 2025:   https://www.splcenter.org/resources/extremist-files/white-nationalist/

5.  *Unrepentant and Radicalized Online: A Look at the Trial of Dylann Roof*, https://www.splcenter.org/hatewatch/2016/12/19/unrepentant-and-radicalized-online-look-trial-dylann-roof.

According to SPLC's content management system records and the public-facing dateline, the url was created on or around December 19, 2016.  Since the Extremist Profile linking to this url was published in January 2019, this article has not been substantively revised.  That url now redirects to the following url, where the article was migrated on January 15, 2025:

https://www.splcenter.org/resources/hatewatch/unrepentant-and-radicalized-online-look-trial-dylann-roof/

6. *Minuteman Civil Defense Corps Leader Chris Simcox has Troubled Past*, https://www.splcenter.org/resources/reports/minuteman-civil-defense-corps-leader-chris-simcox-has-troubled-past/

According to SPLC's content management system records and the public-facing dateline, the url was created on or around January 31, 2006. Since the Extremist Profile linking to this url was published in January 2019, this article has not been substantively revised. That url now redirects to the following url, where the article was migrated on January 15, 2025:

https://www.splcenter.org/resources/hatewatch/unrepentant-and-radicalized-online-look-trial-dylann-roof/.

7. *VDARE*, https://www.splcenter.org/fighting-hate/extremist-files/group/vdare

According to SPLC's content management system records, the url was created on or around February 5, 2010. Since the Extremist Profile linking to this url was published in January 2019, this article was updated at least one time in 2022. That url now redirects to the following url, where the article was migrated on January 15, 2025: https://www.splcenter.org/resources/extremist-files/vdare/.

8. *PETE BRIMELOW*, https://www.splcenter.org/fighting-hate/extremist-files/individual/peter-brimelow

6

According to SPLC's content management system records, the url was created on or around October 8, 2009.  Since the Extremist Profile linking to this url was published in January 2019, this article was updated at least two times in 2022.  That url now redirects to the following url, where the article was migrated on January 15, 2025:  https://www.splcenter.org/resources/extremist-files/peter-brimelow/.

9. *Lou Dobbs Citing Extremists, Again*, https://www.splcenter.org/hatewatch/2008/07/31/lou-dobbs-citing-extremists-again

According to SPLC's content management system records and the public-facing dateline, the url was created on or around July 31, 2008.  Since the Extremist Profile linking to this url was published in January 2019, this article has not been substantively revised.  That url now redirects to the following url, where the article was migrated on January 15, 2025:

https://www.splcenter.org/resources/hatewatch/lou-dobbs-citing-extremists-again/.

10. *Profiles of 20 Nativist Leaders*, https://www.splcenter.org/fighting-hate/intelligence-report/2008/profiles-20-nativist-leaders

According to SPLC's content management system records and the public-facing dateline, the url was created on or around March 1, 2008.  Since the

7

Extremist Profile linking to this url was published in January 2019, this article has not been substantively revised. That url now redirects to the following url, where the article was migrated on January 15, 2025:

https://www.splcenter.org/resources/reports/profiles-20-nativist-leaders/.

**RESPONSES AND OBJECTIONS TO REQUEST FOR PRODUCTION**

**REQUEST NO. 52:**  Please produce all documents you relied upon in your answer to Interrogatory No. 25.

**RESPONSE:**  SPLC incorporates its objections stated in its Answer to Interrogatory No. 25.

| | |
|---|---|
| As to objections:<br><br>Dated May 17, 2025. | Shannon L. Holliday [ASB-5440-Y77S]<br>Robert D. Segall [ASB-7354-E68R]<br>COPELAND, FRANCO, SCREWS &<br>  GILL, P.A.<br>Post Office Box 347<br>Montgomery, AL  36101-0347<br>Telephone:  334-834-1180<br>Facsimile:  334-834-3172<br>Email:  holliday@copelandfranco.com<br>Email:  segall@copelandfranco.com<br><br>*/s/ Chad R. Bowman*<br>_____<br>Chad R. Bowman (*pro hac vice*)<br>Maxwell S. Mishkin (*pro hac vice*)<br>Lauren P. Russell (*pro hac vice*)<br>BALLARD SPAHR LLP<br>1909 K Street NW, 12th Floor<br>Washington, DC 20006<br>Telephone:  202-661-2200<br>Facsimile:  202-661-2299<br>Email:  bowmanchad@ballardspahr.com<br>Email:  mishkinm@ballardspahr.com<br>Email: russelll@ballardspahr.com<br><br>**Attorneys for Defendant**<br>**The Southern Poverty Law Center, Inc.** |

## **VERIFICATION**

I, Seth Levi, am Chief Strategy Officer of The Southern Poverty Law Center, Inc. I am the agent of The Southern Poverty Law Center, Inc. for the purpose of answering Donald A. King's Second Set of Interrogatories. I have read the foregoing interrogatories and the answers to those interrogatories, which are true according to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     Atlanta, Georgia
           May ___, 2025

*Seth Levi*
Seth Levi (May 16, 2025 08:33 EDT)
Seth Levi

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May 2025, I caused a copy of the foregoing to be served by email, pursuant to agreement of the parties, upon:

Mathew D. Staver, Esq.
Horatio G. Mihet, Esq.
Daniel J. Schmid, Esq.
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@LC.org
hmihet@LC.org
dschmid@LC.org

James R. McKoon, Jr., Esq. (ASB-3005-078J)
MCKOON & GAMBLE
P.O. Box 3220
Phoenix City, AL 36868
(334) 297-2300
jrmckoon@aol.com

Todd V. McMurtry, Esq. (PHV)
Scott R. Thomas (PHV)
HEMMER WESSELS MCMURTRY PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
Phone: (859) 344-1188
Fax: (859) 578-3869
tmcmurtry@hemmerlaw.com
sthomas@hemmerlaw.com

*Attorneys for Plaintiffs*

_____
Chad R. Bowman