UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DONALD A. KING, et al.,**<br>    Plaintiffs,<br><br>v.<br><br>**THE SOUTHERN POVERTY LAW CENTER, INC.,**<br>    Defendant. | 2:22-cv-207-CLM-JTA |

## AMENDED SCHEDULING ORDER

The court **AMENDS** the scheduling order as follows. This Order supersedes any prior orders and governs further proceedings in this case. The dates and deadlines remaining in this case are set forth below:

| Event | Date/Deadline |
|---|---|
| Witness and Exhibit Lists<br>Objections & Motions in Limine<br>Responses to Objections/MIL | December 5, 2025<br>December 12, 2025<br>December 19, 2025 |
| Telephone Pretrial Conference | January 9, 2026, at 3:00 PM Central |
| Jury Trial Date | January 26, 2026, starting at 9:00 AM, in the Frank M. Johnson, Jr. U.S. Courthouse, Montgomery, AL |

Call-in information for the January 9, 2026, telephone pretrial conference will be provided to the parties prior to the call.

**DONE** and **ORDERED** on September 2, 2025

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE