# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| **DONALD A. KING, et al.,**<br><br>　　　　**Plaintiffs,**<br>v.<br><br>**THE SOUTHERN POVERTY LAW CENTER, INC.,**<br><br>　　　　**Defendant.** | **Case No. 2:22-cv-207-CLM-JTA** |

## MOTION TO MODIFY AMENDED SCHEDULING ORDER

**COME NOW**, Plaintiffs Donald A. King and The Dustin Inman Society, Inc., by and through the undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and hereby respectfully move the Court to modify the Amended Scheduling Order (Doc. 129) for good cause. In support of this motion, Plaintiffs respectfully state as follows:

1. On September 2, 2025, this Court held a teleconference during which it expressed its desire to continue the trial date and pre-trial deadlines while it prepared a ruling on The Southern Poverty Law Center, Inc.'s ("SPLC's") potentially dispositive Motion for Summary Judgment.

2. Following that telephone conference, the Court entered an Amended Scheduling Order (Doc. 129) setting forth amended pretrial deadlines and a new jury

trial date. The deadlines begin at the start of December 2025 and continue through the trial date, which is set to begin at the end of January 2026.

3. The Court has not yet rendered a decision on the pending Motion for Summary Judgment. Accordingly, the factors underlying the Court's rationale for rescheduling the trial date and pretrial deadlines, as articulated during the teleconference held on September 2, 2025, remain unchanged.

4. In addition, the deadlines set forth in the Amended Scheduling Order overlap substantially with the upcoming holiday season. This period includes Thanksgiving and Christmas and is traditionally a time when counsel, parties, and witnesses may be unavailable due to family and travel commitments. The holidays present logistical challenges that can impede timely preparation and submission of filings, as well as coordination among counsel. Extending the deadlines would promote efficiency, ensuring that the parties are able to prepare their respective submissions without logistical disruption.

5. Furthermore, Plaintiff seeks clarification of the date that deposition designations are due, which is not explicitly set forth in the Amended Scheduling Order. Plaintiff proposes that deposition designations be due at the same time the parties' witness and exhibit lists are due.

6. For the reasons stated above, good cause exists to modify the Amended Scheduling Order. Plaintiffs request a 30-day continuance to all deadlines, as set forth in the attached proposed Order and the table below.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Witness Lists, Exhibit Lists, and Deposition Designations | December 5, 2025 | January 5, 2026 |
| Objections & Motions in Limine | December 12, 2025 | January 12, 2026 |
| Responses to Objections/MIL | December 19, 2025 | January 19, 2026 |
| Telephone Pretrial Conference | January 9, 2026, at 3 p.m. CT | February 9, 2026, at 3 p.m. CT |
| Jury Trial Date | January 26, 2026 | March 2, 2026, at 9 a.m. CT |

WHEREFORE, Plaintiffs request that this Court grant an amendment to the scheduling order extending the pretrial deadlines and trial date for 30 days.

Respectfully submitted,

*/s/ Todd V. McMurtry*
Todd V. McMurtry (Pro Hac Vice)
Scott R. Thomas (Pro Hac Vice)
J. Will Huber (Pro Hac Vice)
HEMMER WESSELS MCMURTRY PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
Phone: (859) 344-1188
Fax: (859) 578-3869
tmcmurtry@hemmerlaw.com
sthomas@hemmerlaw.com
whuber@hemmerlaw.com

*/s/ Horatio G. Mihet*
Mathew D. Staver (admitted PHV)
Horatio G. Mihet (admitted PHV)
Daniel J. Schmid (admitted PHV)
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
court@LC.org
hmihet@LC.org
dschmid@LC.org

*/s/ James R. McKoon, Jr.*
James R. McKoon, Jr.
(ASB-3005-078J)
MCKOON & GAMBLE
P.O. Box 3220
Phoenix City, AL 36868
Phone: (334) 297-2300
jrmckoon@aol.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on November 18, 2025, I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accompanied by the CM/ECF system.

**/s/ Todd V. McMurtry**
Todd V. McMurtry (admitted PHV)
