UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DONALD A. KING, et al.,**<br>　　Plaintiffs,<br><br>v.<br><br>**THE SOUTHERN POVERTY LAW CENTER, INC.,**<br>　　Defendant. | 2:22-cv-207-CLM-JTA |

## ORDER

The court **GRANTS IN PART** and **DENIES IN PART** Plaintiffs' motion to modify the amended scheduling order (doc. 130). The court **CANCELS** the current deadlines for witness and exhibit lists and motions in limine. The court **CONTINUES GENERALLY** the jury trial that was set for January 26, 2026. The January 9, 2026, telephone pretrial conference is converted into a telephone status conference, and (if necessary) the court will reset the trial date and pretrial deadlines during that phone call.

**DONE** and **ORDERED** on November 24, 2025

_/s/ Corey L. Maze_
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE