# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DONALD A. KING, et al.,**<br>    Plaintiffs,<br><br>v.<br><br>**THE SOUTHERN POVERTY LAW CENTER, INC.,**<br>    Defendant. | 2:22-cv-207-CLM-JTA |

## ORDER

The court previously excused the parties from electronically filing all exhibits from depositions to avoid overwhelming the electronic file. (*See* Doc. 111). The court modifies that order as follows:

> The court **ORDERS** SPLC to electronically file King Deposition Exhibit 27 (AJC article titled "War of Words, Are they undocumented workers or illegal aliens"?) by **December 17, 2025.**

**Done** and **Ordered** on December 16, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE