IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| DONALD A. KING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-00207-CLM-JTA |
| | ) |
| THE SOUTHERN POVERTY | ) |
| LAW CENTER, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING IN RESPONSE TO
## THE COURT'S DECEMBER 16, 2025 ORDER

Pursuant to the Court's December 16, 2025 Order, ECF 132, Defendant Southern Poverty Law Center, Inc. hereby files a copy of Defendant's Exhibit 27 from the January 9, 2025 deposition of Plaintiff Donald A. King.

Dated: December 16, 2025

Respectfully submitted,

*/s/ Chad R. Bowman*

| | |
|---|---|
| Robert D. Segall | Chad R. Bowman (*pro hac vice*) |
| [ASB-7354-E68R] | Maxwell S. Mishkin (*pro hac vice*) |
| Shannon L. Holliday | Lauren P. Russell (*pro hac vice*) |
| [ASB-5440-Y77S] | BALLARD SPAHR LLP |
| COPELAND, FRANCO, SCREWS | 1909 K Street NW, 12th Floor |
| & GILL, P.A. | Washington, DC 20006 |
| Post Office Box 347 | Telephone: 202-661-2200 |
| Montgomery, AL 36101-0347 | Facsimile: 202-661-2299 |
| Telephone: 334-834-1180 | Email: bowmanchad@ballardspahr.com |
| Facsimile: 334-834-3172 | Email: mishkinm@ballardspahr.com |
| Email: segall@copelandfranco.com | Email: russelll@ballardspahr.com |
| Email: holliday@copelandfranco.com | |

*Attorneys for Defendant Southern Poverty Law Center, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I caused a copy of the foregoing Notice of Filing to be filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Chad R. Bowman*
Chad R. Bowman
