UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE ESTATE OF<br>DONALD A. KING, et al.,<br>      Plaintiffs,<br><br>v.<br><br>THE SOUTHERN POVERTY<br>LAW CENTER, INC.,<br>      Defendant. | 2:22-cv-207-CLM-JTA |

# FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, the court **GRANTS** the motion to substitute the Estate of Donald A. King for Plaintiff Donald A. King (doc. 119). The court also **GRANTS** Defendant the Southern Poverty Law Center, Inc.'s motion for summary judgment (doc. 113) and **DISMISSES** Plaintiffs' complaint (doc. 1) **WITH PREJUDICE**.

Costs are taxed against Plaintiffs.

The court **DIRECTS** the Clerk of Court to close this case.

All deadlines and settings, including the telephone conference set for January 9, 2026, are **CANCELED**.

**Done** and **Ordered** on January 7, 2026.

_/s/ Corey L. Maze_
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE