# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

THE ESTATE OF DONALD A. KING
and THE DUSTIN INMAN SOCIETY,
INC.,

        Plaintiffs,

v.

THE SOUTHERN POVERTY LAW
CENTER, INC.,

        Defendant.

**Civil Action No.
2:22-cv-207-WKW**

## MOTION FOR LEAVE TO WITHDRAW

Undersigned counsel, Scott R. Thomas, Esq. of Finney Law Firm, LLC, hereby moves for leave to withdraw as counsel of record for Plaintiffs in this case and in support states:

1.     Todd V. McMurtry, Esq., and I are counsel of record for Plaintiffs and were admitted to practice *pro hac vice* in this case. (Docs. 33 and 43).

2.     Mr. McMurtry is no longer affiliated with Finney Law Firm, LLC. Mr. McMurtry is now affiliated with the McMurtry Law Firm, PLLC, and has the following new contact information: Todd V. McMurtry, Esq., The McMurtry Law Firm, PLLC, 405 Garrard St., Covington, KY 41011, (859) 999-1074,

todd@mcmurtrylawfirm.com.

3.    Plaintiffs have been consulted and informed of the above changes. Plaintiffs desire for Mr. McMurtry and the McMurtry Law Firm, PLLC to proceed with the representation of Plaintiffs in this matter along with existing counsel, Horatio Mihet, Esq. and Matthew Staver, Esq. of Liberty Counsel.

4.    Therefore, I respectfully seek leave to withdraw as counsel of record for Plaintiffs in this case. A proposed Order is attached.

Respectfully submitted,

__/s/ Scott R. Thomas_____
Scott R. Thomas (admitted *pro hac vice*)
FINNEY LAW FIRM, LLC
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017
Phone: (859) 344-1188
scott@finneylawfirm.com

Continuing as counsel of record:

Todd V. McMurtry (admitted *pro hac vice*)
THE MCMURTRY LAW FIRM, LLC
405 Garrard Street
Covington, KY 41011
todd@mcmurtry-law.com

Horatio G. Mihet (admitted *pro hac vice*)
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
hmihet@lc.org

2

Dated:  July 29, 2026

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2026, a true and correct copy of the foregoing was served via regular U.S. mail, email, and/or the Court's ECF/NEF system upon the following:

Robert D. Segall
Shannon L. Holliday
COPELAND, FRANCO, SCREWS &
GILL, P.A.
Post Office Box 34 7
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Facsimile: 334-834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com
*Attorneys for Defendant-Appellee The Southern Poverty Law Center, Inc.*

Chad R. Bowman
Maxwell S. Mishkin
Lauren **P.** Russell
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: 202-661-2200
Facsimile: 202-661-2299
Email:
bowmanchad@ballardspahr.com
Email: mishkinm@ballardspahr.com
Email: russelll@ballardspahr.com
*Attorneys for Defendant-Appellee The Southern Poverty Law Center, Inc.*

Mathew Staver
Horatio G. Mihet
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Telephone: 407-875-1776
Email: court@lc.org
Email: hmihet@lc.org
*Attorneys for Plaintiffs-Appellants*

Todd V. McMurtry (admitted *pro hac vice*)
THE MCMURTRY LAW FIRM, LLC
405 Garrard Street
Covington, KY 41011
Telephone: 859-999-1074
Email: todd@mcmurtry-law.com
*Attorney for Plaintiffs-Appellants*

   */s/ Scott R. Thomas*   
Scott R. Thomas (admitted *pro hac vice*)

3